```
 1  Vanessa R. Waldref
 2  United States Attorney
    Eastern District of Washington
 3  Caitlin Baunsgard
 4  Assistant United States Attorney
    Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD JAMES SALVADOR (a/k/a "Droopy"), ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br><br>Defendants. | 2:23-CR-46-MKD-1<br><br>INDICTMENT<br><br>21 U.S.C. § 846<br>Conspiracy to Distribute 500 Grams or More of Methamphetamine and 400 Grams or More of Fentanyl<br>(Count 1)<br><br>18 U.S.C. § 2119(1)<br>Carjacking<br>(Count 2)<br><br>18 U.S.C. § 1201(a)(1)<br>Kidnapping<br>(Count 3)<br><br>26 U.S.C. § 5861(d)<br>Possession of Unregistered Weapon<br>(Count 4)<br><br>21 U.S.C. § 853; 28 U.S.C. § 2461(c), 49 U.S.C. § 80303, 26 U.S.C. § 5872<br>Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by on or about January 2022, and continuing until on or about April 19, 2023, in the Eastern District of Washington and elsewhere, the Defendants, EDWARD JAMES SALVADOR (a/k/a "Droopy"), ███████████████████████████████████████████ ███████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); all in violation of 21 U.S.C. § 846.

INDICTMENT - 2

## COUNT 2

On or about May 5, 2022, in the Eastern District of Washington, the Defendants, EDWARD JAMES SALVADOR (a/k/a "Droopy"), ███████████████████████████████████ took a motor vehicle, to wit: a 2006 Mercedes C Class bearing Washington Licsene Plate BXN5406, that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of A.T., by force, violence, and intimidation, with the intent to cause death and serious bodily injury, in violation of 18 U.S.C. § 2119(1).

## COUNT 3

On or about May 23, 2022, in the Eastern District of Washington, the Defendant, ███████████████████████ did unlawfully and willfully seize, confine, kidnap, and abduct and hold for information, retribution, or otherwise, J.M., and in committing or in furtherance of the commission of the offense, used a means, facitlity, and instrumentatlity of interstate or foreign commerce, in violation of 18 U.S.C. § 1201(a)(1).

## COUNT 4

On or about August 18, 2022, in the Eastern District of Washington, the Defendant, ███████████████████████ did knowingly receive and possess a firearm, to wit, a Remington SP-10 10 gauge weapon made from a

INDICTMENT - 3

shotgun with serial number RM041919 with a barrel length of 14 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants EDWARD JAMES SALVADOR (a/k/a "Droopy"), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

INDICTMENT - 4

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871, as set forth in the sole count of this Indictment, the Defendant, ███████ ███████████████████████████████ shall forfeit to the United States of America, any firearms involved in the commission of the offense.

DATED this ___ day of April 2023.

                                              A TRUE BILL

                                              _____
                                              Foreperson

_____
Vanessa R. Waldref
United States Attorney

*(signature)*
_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 5